| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | | IN THE NOBLE SUPERIOR COURT |
| | ) SS: | | |
| COUNTY OF NOBLE | ) | | CAUSE NO._____ |

| | |
|---|---|
| JEREMY MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CREATIVE LIQUID | ) |
| COATINGS, INC., | ) |
| | ) |
| Defendant. | ) |

# **COMPLAINT**

Plaintiff, by counsel, alleges against Defendant that:

1. The Plaintiff is Jeremy Miller, an employee of the Defendant's at all material times to this Complaint.

2. The Defendant is Creative Liquid Coatings, Inc., a company doing business at 2620 Marion Drive, Kendallville, Indiana 46755. Defendant's Registered Agent is Randall R. Geist. At all material times to this Complaint, Defendant was an "employer" for purposes of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12111 *et seq.* ("ADA"), the Family Medical Leave Act of 1993, 29 U.S.C. § 2601 *et seq*. ("FMLA"), and the Indiana Worker's Compensation Act.

3. Plaintiff filed an EEOC Charge of Discrimination on or about March 1, 2022, a copy of which is attached hereto, incorporated herein, and made a part hereof as Exhibit "A". The EEOC issued a Dismissal and Notice of Right to Sue on January 21, 2023 (attached as Exhibit "B"), and this Complaint has been filed with ninety (90) day after receipt

–1–

**EXHIBIT B**

thereof.  All required administrative remedies have been exhausted, and all jurisdictional prerequisites have been met for the filing of this lawsuit.

4. Plaintiff was employed by Defendant from on or about June 17, 2019 until his wrongful termination on or about May 5, 2021.  Plaintiff performed within the reasonable expectations of the Defendant at all material times to this Complaint.

5. On or about August 15, 2019, Plaintiff suffered a work-related injury to his back, for which he was entitled to Worker's Compensation benefits.  Furthermore, the injury constituted an actual disability under the ADA due to it substantially impairing Plaintiff's major life activities of lifting, standing, sitting, and walking.  In the alternative, Plaintiff contends that his work-related injury constituted a perceived disability and/or a record of impairment under the ADA.

6. On or about March 23, 2021, Plaintiff asked Defendant for the reasonable accommodation of being moved into a dock position.  A dock position would have accommodated Plaintiff's work restrictions which resulted from the work injury to his back.  However, Defendant denied that requested accommodation, and furthermore, failed to engage in the interactive process with Plaintiff.

7. After his work-related injury, Plaintiff had to take several days off of work to attend to his back injury that continued to be a serious health condition.  Plaintiff was entitled to FMLA time off for his back injury.  Furthermore, Plaintiff had available FMLA time off to utilize.  Nevertheless, Defendant denied Plaintiff's FMLA request, and furthermore, Defendant failed to even provide Plaintiff with FMLA paperwork to have filled out by his doctor.

8. Plaintiff contends that similarly-situated employees without a disability/perceived disability/record of impairment, and had not asserted their rights to Worker's Compensation benefits or FMLA leave, were granted their requested transfers to other positions, and were granted time off of work for serious health conditions without penalty.

9. Because Defendant failed to give Plaintiff a job he could do with his restrictions, and failed to provide Plaintiff with FMLA time off, Plaintiff was forced to resign his position with Defendant on May 5, 2021.

10. Plaintiff contends that Defendant discriminated against him and retaliated against him on the basis of his disability, perceived disability, and record of impairment in violation of his rights under the ADA, the FMLA, and the Indiana Worker's Compensation Act.

11. Defendant's discriminatory and retaliatory conduct was the direct and proximate cause of the Plaintiff suffering the loss of his job and job-related benefits including income, and also subjected Plaintiff to inconvenience, mental anguish, emotional distress, and other damages and injuries for which he seeks compensatory damages.

12. Defendant's conduct was intentional, knowing, willful, wanton, and in reckless disregard of Plaintiff's federally protected rights warranting an imposition of punitive and liquidated damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for compensatory damages, punitive damages, liquidated damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS SMITH WALLACE, LLP**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:    (260) 424-0600
Facsimile:    (260) 424-0712
E-mail:        cmyers@myers-law.com
Counsel for Plaintiff

**57D01-2304-CT-000019**
Noble Superior Court 1

Filed: 4/11/2023 9:21 AM
Clerk
Noble County, Indiana

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

Equal Employment Opportunity Commission
Indianapolis District Office
RECEIVED 03/01/2022

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☐ EEOC | 470-2022-01845 |

Equal Employment Opportunity Commission and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Jermey A. Miller | 260-235-1782 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 2442 Road 204, Antwerp, OH 45813 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Creative Liquid Coatings, Inc. | 100+ | 260-349-1862 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2620 Marion Drive, Kendallville, IN 46755 | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: July 2020   Latest: April 5, 2020
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. The Complainant is Jermey A. Miller, a qualified employee of the Respondent who suffered from a work injury that constituted a disability, perceived disability, record of impairment under the Americans with Disabilities Act, 42 U.S.C. § 12111 *et seq.* ("ADA"). The Complainant contends that the Respondent discriminated against him, failed to engage in the inactive process with him, failed to grant him reasonable accommodations, and/or retaliated against him on the basis of his disability, perceive disability, and/ or record of impairment, in violation of his federally protected rights under the ADA. (In the alternative the Complainant contends that the Respondent discriminated against and/or retaliated against him in violation of his rights under the Indiana Workers Compensation Act.): the Complainant also contends that the Respondent retaliated against him for asserting his right to Family Medical Leave available under FMLA.

II. The Respondent is Creative Liquid Coatings, Inc, a company doing business at 2620 Marion Dr, Kendallville, IN. at all material times to this Charge, the Respondent was an "employer" for the purposes of the ADA (and the Indiana Workers Compensation Act, and/or the FMLA).

Continued on Page 2

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

3/1/22
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year) 3-1-22

Ex. A  Linda S. Peeper

Linda Peeper
Notary Public, State of Indiana
Allen County
Commission Number NP0695873
Commission Expires 02/22/2026

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Equal Employment Opportunity Commission
Indianapolis District Office
RECEIVED 03/01/2022

470-2022-01845

III. The Complainant was employed by the Respondent from June 17, 2019 until his wrongful termination on or about May 5, 2021. On or about August 13, 2019, the Complainant suffered a work-related injury to his back. As a result of the injury, the Complainant was substantially impaired in his major life activities of lifting, walking, sitting, and standing.

IV. On or about March 23, 2021, Complainant asked Respondent to move him into a dock job. Such a position would have accommodated the Complainant work restrictions from his work injuries/disability/ perceived disability/record of impairment. The Respondent denied the Complainant the requested reasonable accommodations.

V. The Complainant subsequently had to take multiple days off of work in order to attend to his serious health conditions/work injury/disability/perceived disability. Even though the Complainant had FMLA leave available to utilize, and his condition did qualify as a serious health condition for the purposes of the FMLA, the Respondent failed to grant the Complainant the requested time worked, and also failed to even provide him FMLA paperwork to have his doctor complete so that he could formally apply for Family Medical Leave coverage.

VI. The Complainant contends that similarly situated employees that lacked a disability/perceived disability/record of impairment, and who had neither asserted their rights to Worker's Compensation benefits, or FMLA leave, nevertheless were granted transfers to other positions, and/or were granted time off of work to attend to serious medical conditions, without penalty from the Respondent. Complainant was forced to quit on May 5, 2021.

VII. The Complainant contends that he was discriminated against and/or retaliated against on the basis of his disability/perceived disability/record of impairment in violation of his rights under the ADA. (In the alternative, he alleges that he was discriminated against and retaliated against for asserting his rights to Workers' Compensation benefits, and/or to FMLA leave.) The complained of discriminatory and/or retaliatory conduct of the Respondent furthermore, was the direct in proximate cause of the Complainant suffering the loss of his job and job-related benefits including income, and also subjected the Complainant to inconvenience, mental anguish, emotional distress, and other damages and injuries. The Complainant is entitled to obtain compensatory damages and reasonable attorney fees and costs from the Respondent.

VIII. The Respondent's complained of discriminatory and/or retaliatory conduct was intentional, knowing, willful, wanton, and in reckless disregard of the Complainant's federally protected rights under the ADA (and/or the FMLA, and./or the Indiana Workers Compensation Act). The Complainant is entitled to obtain punitive damages from the Respondent, pursuant to the ADA.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

3/1/22
Date

Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year) 3-1-22

Linda Peeper
Notary Public, State of Indiana
Allen County
Commission Number NP0695873
My Commission Expires
02/22/2025

EEOC Form 161-B (01/2022)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Jeremy Miller<br>2442 Road 204<br>Antwerp, OH 45813 | From: | Indianapolis District Office<br>1010 West Ohio Street, Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

| EEOC Charge No.<br>470-2022-01845 | EEOC Representative<br>**FREDERICK BRUBAKER,**<br>**Enforcement Supervisor** | Telephone No.<br>463-999-1148 |
|---|---|---|

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

- More than 180 days have passed since the filing of this charge.
- The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA):* You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred *more than 2 years (3 years)* before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By: Michelle Eisele
01/31/2023

Enclosures(s)

**Michelle Eisele**
**District Director**

cc:  Scott Bruick
     **Creative Liquid Coatings**
     **2620 MARION DR P O BOX 369**
     **Kendallville, IN 46755**

     Christopher C Myers
     Christopher C. Myers & Associates
     809 South Calhoun Street Suite 400
     Fort Wayne, IN 46802

Ex. B